# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: | ) |
| | ) Case No. 09-32997-DHW-13 |
| DAISY PERNELL | ) |
| SSN: XXX-XX-0301 | ) Chapter 13 |
| | ) |
| Debtor. | ) |

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a)

COMES NOW, your petitioner, Walter Mortgage Company (hereinafter referred to as "Walter Mortgage"), and respectfully represents unto the Court as follows:

1. That the Debtor, Daisy Pernell (hereinafter "the Debtor"), in the above styled cause filed a petition in the United States Bankruptcy Court for the Middle District, the same being Case No. 09-32997-DHW-13.

2. That prior to, and on to-wit: October 31, 2008, the Debtor executed a Note and Mortgage which is recorded at Book 2008 and Page 63806 in the office of the Judge of Probate of Elmore County County. A copy of which is attached hereto collectively as Exhibit "A" and incorporated herein by reference.

3. That Walter Mortgage avers that the Debtor failed and refused to make payments as set out in the contract and the contract is now in default for the installment months of through May 2010 in the amount of $1,728.43.

4. That Walter Mortgage further avers that under the terms of its agreements, it retains an interest in the collateral that is superior to the interest of the Trustee. Walter Mortgage further avers that there is no value in the collateral herein beyond the indebtedness owed to Walter Mortgage and that there is no equity in the said collateral for the estate.

5. That Walter Mortgage also claims fees and costs for the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Walter Mortgage prays this Honorable Court for an Order granting its above and foregoing motion, and for such further and other relief as this Court deems proper.

_____
Paul K. Lavelle,
Attorney for Walter Mortgage Company

**OF COUNSEL:**
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing motion upon the following by placing the same in the U.S. Mail, postage pre-paid, and/or via ECF e-mail on this the 1st day of ~~May~~ June, 2010.

_____
OF COUNSEL

Richard D. Shinbaum
Attorney at Law
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
Chapter 13 Trustee
Post Office Box 173
Montgomery, AL 36101

Daisy Pernell
4360 Prattville Junction Road
Millbrook, AL 36054