# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In the Matter of:  }
                   }  Case No. 09-32997
Daisy Pernell      }
                   }  Chapter 13
                   }
**Debtor(s)**      }

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on October 30, 2009.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because she had a house fire which the insurance did not cover. She had to live in a hotel while her home was being repaired.

3. The debtor(s) is now able to resume payments to the Trustee because her home has been repaired and she has now resumed living there. She made five payments on June 17, 2010 totaling $1,150.00, see attached.

Wherefore, premises considered, the debtor(s) object to the case being dismissed.

Respectfully submitted this the 17 day of June, 2010.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 17 day of June, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs